Ruth Curtis, Insane, by J. Harold Mosely, Conservator of her Estate, Plaintiff, v. Lillian McCullan et al., Defendants.
Harold Warner, Appellee, v. Lillian McCullan, Appellant.

Gen. No. 43,948.

opinion filed November 13, 1947; released for publication December 13, 1947. Heber T. Dotson, for appellant; Harold A. Tepper, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.